UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

Sheba Erickson and Pete Desrochers,

                Plaintiffs,          Civil Action No.: PJM:09-cv-0195

  v.

Mann Bracken, LLP,

                Defendant.

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendant Mann Bracken, LLP, with prejudice with each party to pay their own costs and attorney fees. 111.

| Sheba Erickson and Pete Desrochers | Mann Bracken, LLP |
|---|---|
| /s/ Forrest Mays | /s/ Ronald S. Canter |
| Forrest E. Mays, Esq. | Ronald S. Canter, Esq. |
| 2341 N Forrest Drive, Suite 90 | The Law Offices of Ronald S. Canter, LLC |
| Annapolis, MD  21403 | 11300 Rockville Pike, Suite 1200 |
| Telephone: (410) 267-6297 | Rockville, MD 20852 |
| Facsimile: (410) 267-6234 | Telephone: (301) 770-7490 |
| Attorney for Plaintiffs | Facsimile: (301)-770-7493 |
| | Attorney for Defendant |

Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666

_____
SO ORDERED